RECEIVED

JAN 27 2020 JG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIE GLOVER

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:20-cv-00592
Judge John Z. Lee
Magistrate Judge Gabriel A. Fuentes
PC 8

Case No: _____
(To be supplied by the Clerk of this Court)

vs.

Exoneration Project
Loevy & Loevy
Jon Loevy
David Bowens
Tara Thompson

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. Plaintiff(s):

A. Name: WILLIE GLOVER

B. List all aliases: ██████████

C. Prisoner identification number: B53595

D. Place of present confinement: ROBINSON C.C.

E. Address: P.O. Box 100 Robinson IL 62454

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: JON LOEVY

Title: Attorney

Place of Employment: LOEVY & LOEVY

B. Defendant: DAVID B OWENS

Title: Attorney

Place of Employment: Exoneration Project & Loevy & Loevy

C. Defendant: Tara Thompson

Title: Attorney

Place of Employment: Exoneration Project & Loevy & Loevy

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: _____NONE_____

  B. Approximate date of filing lawsuit: _____

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
  _____NONE_____

  D. List all defendants: _____NONE_____

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____None_____

  F. Name of judge to whom case was assigned: _____None_____

  G. Basic claim made: _____None_____

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____None_____

  I. Approximate date of disposition: _____None_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Mr Glover, state's within events in which led The Exoneration Project & Loevy & Loevy to discontinue representation of Mr Glover. Jon Loevy, & DAVid B Owen advised Mr Glover, that After the Ill, Supereme Court Denied Glover's PLA, that they would no longer be able to represent Mr Glover, because Due to Mr Glover, being released a Habeus Corpus would be difficult to file considering Mr Glover, being Free. Glover, also have a file giving via DAVid B Owen's, stating their reason of discontinuen representation. However, Mr Glover, state's within that Jon Loevy, DAVid B Owen, Russell & Tara Thompson action's were solely retaliatory and based upon Personal Emotion's & not due unto legal limbo's. First The Exoneration Project hired Mr Glover, At the Law Firm of Loevy & Loevy on or about 2014 Aug - until Apirl of 2016. during Such time the Attorney's would invite Glover, to their home's to do personal work for them, Glover, assumed that there was a development of Friendships

4

Revised 9/2007

And that thier generosity was genuine. The Firm due to Homelessness rented Hotel Room's & provided Montary support for Food & other necessities. The Firm of Loevy & Loevy also provided Montary support of paying monthly phone bill's per ceridit card as well as monthly Bus pass. However, The Exoneration Project Manger EVE (Nasgo) discontinue all payment's out the blue for reason's of Jealousy of Aurthor Loevy's secretary Monica. Glover had shown interest for Monica's attention And EVE began to show her disproval in which led to Glover's dismissal of working at the Law Firm. (2) Tara Thompson, upon Glover's expounding upon his religious belief's against homosexual's and Tara Thompson being gay became extremely upset and called Glover into her office and Quoted "How do you expect us to help you when you're on social media talking shit about us." Glover, Felt threating via such statement for fear that they would stop representing him because of his being open regarding to his opinion. Glover, also upon being invited to speak to student's at The University of Chicago also expounded upon religious belief's of such sin's against God. David B Owen's, warn Glover,

5                                                                                      Revised 9/2007

That it wasn't wise to express sexuality during an ERA when such sexuality was now accepted.

(3) Glover, once again voice his opinion of being misused to benifit the Exoneration Project & Loevy & Loevy's agenda, and not of the agenda of Glover's. Glover was invited to a fundraiser in Springfield ILL. on or about 2017. Train ticket & Hotel room paid for via the Firm. Glover, showed up only to witness that less than an hour, over 300,000 was raised on behalf of another university agenda to open up a legal clinic within the university. Glover, was in disbelief to the fact that the Exoneration Project had posted on their page (web) site seeking fund's to be raised on Glover's, behalf of reentry into society yet not one dollar was offered in Glover's behalf. David Bowen's, concurred with Glover, & retorted "that he knew it was a punch of B.S that's why he don't attend those type of functions." Nevertheless, Glover, was never again invited to any more functions. (4) Glover, on or about MAY 2017 asked for the assistance of Attorney's whom worked in the Law Firm a Accident Attorney's in which Glover, was involved in a car accident. Glover, notice that he was being in directly manipulated to continue to go to a physical therapy although nothing was wrong with Glover, The female Attorney whom name is unknown as of now started to explain to Glover, that it would take some time

to obtain certain documents, Glover, began to take matters into his own hand & discovered that the attorney's was attempting to charge Glover, over 150 dollar's for medical record's that Glover, informed them that if notified that records was needed that Glover, could have gotten the records for free! Glover, fired them & negotiated payment's with the insurance company praise and such action's infuriated the Attorney's at Loevy & Loevy that the female partner retorted that Glover, would not go any futher with them. Glover, Did not apprehend such statement because Glover, had already fired them & only had the legal matter's with The Exoneration project. (5) In regard's to contant mental rejection & mental breakdown's Glover, found it extremely difficult to readapt to Society after being incarcerated for the duration of 9½ year's. Let it be noted that the Exoneration project & Loevy & Loevy had personal reason's to discontinue representation, Glover's frustration's of being misused & constant rejection's, caused Glover, to speak out once again against the firm to David B. Owen's about another clinet of which they were representing with exonerating, Glover texted David as well as spoke face to face about haven knowledge that Patrick Princess, was not innocence that the Project was merely representing him because the Court's made an error in which they used and capitilized

off because Glover, was incarcerated in two prisons with Patrick Prince & He himself told Glover that he was not innonece that the court errored during it's persecution, in fact once Mr Prince, presented his side of the conviction Glover is the one that provided the information to the Exoneration Project in order for Mr Prince to write. Glover, conveyed this to David, and explain that he'll used this information and attempt to go public yet Channel 7 news's & 5 Chicago Investigator's turned a deaf ear on Glover's allegations. (6) Week's later on or about Sept 2017, Glover, & David Bowen's stood in the lobbie of The Exoneration project and argued about how Glover, felt mistreated, Glover left in frustration & broke two ~~windows~~ Door windows to 311 N Aberdeen Chgo IL 60608; Mintues later Glover, was arrested. (7) LET it be noted that Glover, informed Tara Thompson & David B Owens, after The Cook County Judge Ford Denied The Post-conviction evidentiary hearing that they should reappeal to Ford & convey the error he made & give Ford an opportunity to correct his mistake, however, against Glover's demand Tara, and David instead Filed a PLA to the IL Supreme Court and was Denied. The Denial came after Glover's arrest for breaking the windows. Jon Loevy, retaliated by using a bogus legal

tactic to discontinue representation; They also retaliated after Glover, informed Tara Thompson, that after they prove Glover's innocence, Glover will not permit Loevy & Loevy to represent him dure the Civil procedure. Tara Thompson, stated & quote we Do not care about that, but in reality they did, For Discontinuen representation Because Jon Loevy reason was not true. Glover, Pro'se Filed a petition to THE UNITED STATE'S SUPREME COURT and on or about the beginning of 2018 THE court had accepted Glover's petition on docket Case #1/5/263. Jon Loevy, prematurely discontiue representation And as such committed acts of discrimination, And failure to Protect Glover's constitutional Rights, as well as Failed to Place apart personal issue's In order to continue the pursuit of proving Mr Willie Glover's innonece of wrongful incarceration.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Within each name defendant's and corporations Plaintiff Willie Glover seek the Relief compensatory Damages as well as punitive damages in the sum of Thirty Million U.S. Currency 30,000,000.°° of all injuries incurred

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 7TH day of 01, 2020

Willie Glover
Willie Glover
(Signature of plaintiff or plaintiffs)

Willie Glover
(Print name)

B53595
(I.D. Number)

Robinson C.C.
P.O. Box 1000
Robinson IL 62454
(Address)

OFFICIAL SEAL
TERESA J BEARD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/20/20

Teresa J Beard

6

Revised 9/2007

Willie Glover B53595
13423 E. 1150th Ave
Robinson, Il 62454

1:20-cv-00592
Judge John Z. Lee
Magistrate Judge Gabriel A. Fuentes
PC 8

THIS CORRESPONDENCE IS FROM AN INMATE IN THE ILLINOIS DEPT OF CORRECTIONS



U.S. POSTAGE >> PITNEY BOWES
ZIP 62454 $ 007.35
02 4W
0000369180 JAN 21 2020

01/27/2020-16

RECEIVED
JAN 27 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



United States District Court, 219.S Dearborn Street, Chicago Il 60604

LEGAL MAILING

INSPECTED BY
U S MARSHALS
2 9 S DEARBORN
CHICAGO, ILLINOIS

