# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Willie Glover,

Plaintiff(s),

v.

Exoneration Project et al,

Defendant(s).

Case No. 20-cv-592
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Plaintiff's complaint is dismissed for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915A. This dismissal counts as a strike under 28 U.S.C. § 1915(g), but is without prejudice to any state-law claims that might be implicated by these allegations.

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge John Z. Lee on a motion /order dated 2/4/20.

Date: 2/4/2020                    Thomas G. Bruton, Clerk of Court

                                  Carmen Acevedo , Deputy Clerk